**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Marjorie Gayle O'Connor
Attorney at Law
P. O. Box 44036
Baton Rouge LA 70804

**REHEARING ACTION: April 15, 2009**

**Docket Number: 08   01159-CA**

**CAPITOL ANESTHESIA GROUP, P.A.**
**VERSUS**
**GUS WATSON**

**Appealed from Catahoula Parish Case No. 20,348 "B"**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. J. David Painter**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, Office of Group Benefits** has this day been

    **DENIED.**

cc: Walter Douglas White, Counsel for the Appellee
    Jon Keith Guice, Counsel for the Appellee